UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ROSALES FAITH ECHOLS, | ) CV 13-2826-DDP (SH) |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| CAROLYN COLVIN,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: August 4, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE